UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:12cv563

Gregory Bullard El,
    Plaintiff,

vs.      ORDER

Susan White, Supertintendent
Mt. View Correctional Institution
    Defendant.

THIS MATTER comes before the Court upon Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 2), filed August 30, 2012.

In his federal habeas petition, Petitioner indicates that he was convicted and sentenced in the Superior Court of Robeson County which is within the territorial jurisdiction of the United States District Court for the Eastern District of North Carolina. Therefore pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, in accordance with a joint order of the United States District Courts for the Eastern, Middle, and Western Districts of North Carolina, this action will be filed and the entire record of this proceeding will be transferred to the United States District Court for the Western District of North Carolina, the district within which the state court of conviction is situated for all further proceedings.

Signed: August 30, 2012

*[Signature: Frank G. Johns, Clerk]*